GEORGE P. YORK, APPELLANT, *v.* DELOS PENNY AND OTHERS, RESPONDENTS.

Appeal dismissed, with ten dollars costs and disbursements. (*Fish v. Thrasher*, General Term, 4th Dept., MS. Op. of TALCOTT, P. J.; *Andrews v. Long*, 9 W. Dig. 513.)

KEZIA HERRINGTON, AS COMMITTEE, ETC., RESPONDENT, *v.* NANCY BRUCE AND ANOTHER, APPELLANTS.

SAME PLAINTIFF, RESPONDENT, *v.* NANCY BRUCE, AND ANOTHER, APPELLANTS.

Order in each case affirmed, with ten dollars costs in one case and disbursements in both cases.

CHARLES F. SMITH AND OTHERS, RESPONDENTS, *v.* JAMES W. LAPP, APPELLANT.

Order appealed from affirmed, with ten dollars costs and disbursements.

OMER CASE, APPELLANT, *v.* JOSIAH P. DAVIS AND ANOTHER, RESPONDENTS.

Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order appealed from is not appealable. (Code of Civ. Pro., § 1342; MS. Op. of TALCOTT, P. J., in *Fish v. Thrasher*, decided at the present term of this court; *Andrews v. Long*, 9 W. Dig., 513.)

JOHN HYLAND AND ANOTHER, RESPONDENT, *v.* MARY J. VEAZIE, APPELLANTS.

Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order appealed from is not appealable. (Code of Civ. Pro., § 1342; *Fish v. Thrasher*, General Term, 4th Dept., April, 1880, MS. Op. of TALCOTT, P. J.)

GEORGE L. MUNROE AND OTHERS, APPELLANTS, *v.* THE TRADESMEN'S FIRE INSURANCE COMPANY, RESPONDENTS.

Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the notice of trial was premature.